IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN MONTEMAYOR, | 1:08-cv-00412-OWW-GSA (HC) |
|     Petitioner, | ORDER GRANTING PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |
|     vs. | |
| M.S. EVANS, Warden, | (DOCUMENT #8) |
|     Respondent. | THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On April 29, 2008, petitioner filed a motion to extend time to "file opposition to respondent's answer to petitioner's writ of habeas corpus," which the Court construes as a motion for extension of time to file objections to the findings and recommendations.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file objections to the findings and recommendations.

IT IS SO ORDERED.

Dated:    May 6, 2008                /s/ Gary S. Austin
                                                   UNITED STATES MAGISTRATE JUDGE